UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Vera Liddell<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  16-27396<br><br>Chapter: 13<br>Honorable Donald R. Cassling |

## ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest,

IT IS HEREBY ORDERED AS FOLLOWS:

Arrears are deferred to the end of the plan term.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  November 21, 2019

**Prepared by:**

Kyle Dallmann
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603